NOTE: This disposition is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

―――――――――――――

**PRAIRIE LAND MILLWRIGHT SERVICES, INC.,**
*Appellant*

**v.**

**SIOUX STEEL COMPANY,**
*Appellee*

―――――――――――――

2019-1668

―――――――――――――

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2016-01873.

―――――――――――――

**JUDGMENT**

―――――――――――――

CRAIG FIESCHKO, DeWitt LLP, Madison, WI, argued for appellant. Also represented by LAURA M. DAVIS, HARRY E. VAN CAMP, ELIJAH B. VAN CAMP.

SCOTT ANTHONY MCKEOWN, Ropes & Gray LLP, Washington, DC, argued for appellee. Also represented by KATHRYN C. THORNTON; ROBERT HERMAN EICHENBERGER, ROBERT J. THEUERKAUF, Middleton Reutlinger, Louisville, KY.

―――――――――――――

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 15, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court